# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MANDY ROMEU,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2987

[July 28, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 50-2010-CF-005417-AXXX-MB.

Mandy J. Romeu, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Racheal Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***